**Exhibit A to the Complaint**

**Location:** West Chester, PA  **IP Address:** 100.14.109.80
**Total Works Infringed:** 30  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5E3DA7F3AA422383AC265CFFD2D0C43524E88FC7<br>File Hash: EFCE87CE8C06E931AAB49B4498D4288C58CE0A60458AFB169FB70F7B50848253 | 09-22-2021 16:00:33 | Tushy | 01-10-2021 | 02-09-2021 | PA0002276153 |
| 2 | Info Hash: 3C2C57E931F357E253E12A3ECDF03AEF43D74F6B<br>File Hash: 513C05FB289031E897F550EF7D1B869341186E858EB1638262A2CF057A3C30D6 | 09-20-2021 00:54:58 | Blacked | 02-04-2020 | 02-20-2020 | PA0002229052 |
| 3 | Info Hash: 631470E267FBB84CD7D0847D868BA3EFB63C4895<br>File Hash: FF91C57F650087812B73D438B7323A83966205FA74AB387408FF60809B7A9F17 | 09-20-2021 00:54:35 | Blacked Raw | 07-06-2019 | 08-02-2019 | PA0002192304 |
| 4 | Info Hash: 9E2911B8E0DB6116F929767ECAEDB2B8E59ABE3B<br>File Hash: C6887594D6BB4782DF65AF67A0D9227C86FB098054E59E9CD8FF5C2FA12951E1 | 09-17-2021 20:39:09 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |
| 5 | Info Hash: DBC53F5100445FC520555669D14B450A26CD0260<br>File Hash: 38B0A4B921AA06C2FEFE0FC8797633587D2BBE4F2601F11BD45C10B69F138E9B | 09-17-2021 17:03:22 | Vixen | 01-24-2019 | 03-24-2019 | PA0002183209 |
| 6 | Info Hash: 395C9DE15E1A58B4F45749B747E10989F0614848<br>File Hash: 02DC8DA09806B5DBCD7C12787513F7424B29F37D1A6B78EE296F3A7BB015C2F8 | 09-13-2021 19:22:32 | Tushy | 04-05-2020 | 04-17-2020 | PA0002237308 |
| 7 | Info Hash: A5FC96E88D78817E097A7638BFF4C79028FA6961<br>File Hash: 55201047A6F1DBCFB62B55B037645B94BB99CB98355AB7757178E4CB9279F561 | 09-13-2021 16:19:00 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |
| 8 | Info Hash: 1EB9F1FD518011DA81313D9C95C13D2DAF986DEA<br>File Hash: BE0714950BAE66935380D8A295E3561971B9A96907AC462560C210D5E728F711 | 09-13-2021 16:18:55 | Blacked | 04-18-2020 | 05-19-2020 | PA0002241472 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: C0F9DFBBCBB07C188221F8B8E280B9D71304F727<br>File Hash: 054F1670DFC9A90D4F4C2B678D67A41B5F85B77C2F8FDBC89B5F39A4C1011521 | 09-12-2021 20:09:56 | Vixen | 05-15-2020 | 06-08-2020 | PA0002243648 |
| 10 | Info Hash: 8F34597993DE588098657CD656DD5059DD44CAD9<br>File Hash: F8154248604ED5FF5507328C25E650D611387F177E370250F0C611A9A7419C80 | 09-12-2021 16:55:15 | Tushy | 10-28-2019 | 11-05-2019 | PA0002227106 |
| 11 | Info Hash: F5E74DFA8F0DACDFF2F8FEB90B1F28741D3229D3<br>File Hash: F98EDDDABB567B72662D7BBAC00F6F9924942F00ACA8C9717BB49B2B7B69F2C2 | 09-12-2021 16:43:43 | Blacked Raw | 12-28-2019 | 01-27-2020 | PA0002223954 |
| 12 | Info Hash: C96B16B0190B8B94F371DD98C9F5A12C17551A9E<br>File Hash: DA10C894098D731549FC7A8C713ACA9AB2EEE3367B985A69CD8990754AEB6E72 | 09-07-2021 17:32:48 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |
| 13 | Info Hash: F683FBD6C54CA8F71D181CEFBDE64E4696B89B4E<br>File Hash: AB763C22CF262B9B68D5D40D10AD0A02B7DB039F55FA9C40868B595F877CBB5A | 09-05-2021 15:42:38 | Vixen | 06-26-2020 | 08-03-2020 | PA0002259094 |
| 14 | Info Hash: 1F1303806A1826C0A08CF0ACC2716AD13B235550<br>File Hash: D14D50503D631A43141FF5A0CB7E94845C57C3C8CE97AD699364260A1D165EA1 | 09-02-2021 20:13:08 | Blacked Raw | 04-06-2020 | 04-17-2020 | PA0002237306 |
| 15 | Info Hash: 737BAEDD2696FD143B73AAF96DC9CE34C0A23A18<br>File Hash: A8DE1F63C2B9E46A34E2F3FBA2D73F1CF4CD997B350708D1E7F7F20A7012C4CF | 09-02-2021 20:12:42 | Blacked | 02-24-2020 | 03-18-2020 | PA0002241627 |
| 16 | Info Hash: B5803BD427ED0B817573FEADA5AB0BAC06A75660<br>File Hash: 6860798CD1239976A06AE12814D40F67C889567CD353D0C487DF6C4A91A4CF5E | 08-29-2021 16:13:06 | Tushy | 09-28-2019 | 10-21-2019 | PA0002207776 |
| 17 | Info Hash: B38789D2660FB1EE3DA0AA10BE0F52C69922CF8D<br>File Hash: 6C0D956A38FEE68446BE1F27C124CDEAB7F710F0ED15B20D39B4A0D4615289EA | 08-25-2021 22:54:46 | Tushy | 11-17-2019 | 11-27-2019 | PA0002213996 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 2216AD69D5A3D13CC05084A5E269289BF59DB0BC<br>File Hash: 5FA4D9CF2094698AD723474CEED970CBCABF542821C80D549BB6C79BFEA20627 | 08-25-2021 19:39:13 | Blacked | 05-09-2020 | 06-08-2020 | PA0002243649 |
| 19 | Info Hash: 2E1AF2285E5AD1C034D39C3E9E99C65DBDCFD376<br>File Hash: B4309B6EE6675D3179E10371F0C9F67C9F347348F73DE3F8946234F130BA91CD | 08-18-2021 18:37:01 | Blacked | 10-07-2018 | 10-16-2018 | PA0002127790 |
| 20 | Info Hash: 73D9C4C067D2FE0268A6E9AA91955189992034EE<br>File Hash: 7AFCF5A314637A8AC22DF7242A047DF0B3FD5975F2477C6CD80DAA09822E70B6 | 08-18-2021 17:49:33 | Vixen | 10-30-2020 | 11-18-2020 | PA0002272620 |
| 21 | Info Hash: 9D1856700B91C39D8A241F97686AB25781DE0068<br>File Hash: F23AFB12A245B3128094DEA7643020281A07036BDD7795ED9B72152023839579 | 08-11-2021 17:30:36 | Vixen | 07-09-2021 | 08-20-2021 | PA0002312016 |
| 22 | Info Hash: 47D9BA959DE76BB3ED646DA292BE4211335BCA94<br>File Hash: 45DC718689123574D7814152D306B9CB7F23978999ED0746E9323989F9E9C9B4 | 08-11-2021 04:51:47 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 23 | Info Hash: A364668687E18CD3A616FBD5CF37CEEB1BB27745<br>File Hash: 72956D86AC4BCED4BA8C9BB25799B73BA488CD84EDEE81C2F05C36B328D56C69 | 08-05-2021 17:25:19 | Tushy | 08-04-2019 | 08-22-2019 | PA0002195508 |
| 24 | Info Hash: EA6F220459956CD837F61818992202FB579E460E<br>File Hash: 2B7A3F12673E218BE0CCB089A81FF87AE2CA29B32840736E5C5051B4700B533E | 08-01-2021 19:45:47 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 25 | Info Hash: 019456D595013DA897A7648108B148570DF6881A<br>File Hash: E094662D7A4EC45236C3543A91E863DCE99D9359D70049F358AB335B1862CAB5 | 07-29-2021 17:20:07 | Vixen | 06-19-2020 | 06-25-2020 | PA0002256361 |
| 26 | Info Hash: 7D50BDB848CCFFB2AF7274DDDB674364A7D487AE<br>File Hash: 35BC69BCAA0B7BB6A518963387DE5A99E48C1D3C34F16BA644AE0A25F696CA21 | 07-20-2021 18:36:38 | Tushy | 06-06-2021 | 06-15-2021 | PA0002296921 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: CBA0783CF6966E0830D53C90D289FF1EFB306463<br>File Hash: AC07E22B51D482710B2F91D60C2614E8C6523BB9766C70C2CBA7879ED20C6543 | 06-29-2021 17:46:36 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 28 | Info Hash: DE3B8E05D1BB301D22AE5F24286FDC7738CDF4FE<br>File Hash: 5CCE27B8CE6E46850F67D5CE70F07A561B6C34D05605CC4AD3162A2FB7B2374D | 06-19-2021 10:03:44 | Vixen | 06-11-2021 | 06-24-2021 | PA0002303166 |
| 29 | Info Hash: 105499A6E2E07A3E47E5BC2C3EEA5E2698B9CF2C<br>File Hash: 2C9EED4B71C275590E98182B0965B6D28C98B7F76DFF73FCAC96E49AB3AD3824 | 06-16-2021 17:44:02 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |
| 30 | Info Hash: 4D8587046DBDB1EAA8987C0AEDE8C8E2D33D5201<br>File Hash: 0FB9892C2F76FF3FBDD59906A779FD46CB167799C6056A0406EA24379398714F | 06-14-2021 21:22:14 | Blacked Raw | 05-17-2021 | 06-03-2021 | PA0002299687 |